UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES, <br><br> Plaintiffs, <br> v. <br> NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP., <br><br> Defendants. | Case No.: 14-CV-7405(ERK)(SMG) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Richard I. Milman and the accompanying Memorandum of Law in support of this Motion to Dismiss, and all the prior papers and proceedings herein, Defendants, Jofaz Transportation, Inc. ("Jofaz") and Allied Transit Corp. (Allied") will move this Court, before the Hon. Edward R. Korman, at the United States District Court, Eastern District of New York, United States District Court, 225 Cadman Plaza East, Brooklyn, New York, on the date and at a time to be established by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), dismissing all of the claims in the First Amended Complaint, and such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that counsel for Jofaz and Allied hereby requests oral argument.

Dated: October 12, 2018        MILMAN LABUDA LAW GROUP PLLC

                          /s/ Richard I. Milman, Esq.
                          Richard I. Milman, Esq.
                          Netanel Newberger, Esq.
                          Attorneys for Defendants
                          3000 Marcus Ave., Suite 3W8
                          Lake Success, NY 11042
                          (516) 328-8899