UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>       Plaintiffs,<br>v.<br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP.,<br><br>       Defendants. | Case No.: 14-CV-7405(ERK)(SMG)<br><br>**PROPOSED ORDER** |

This matter having been brought before the Court by Milman Labuda Law Group PLLC, attorneys for defendants Jofaz Transportation, Inc. ("Jofaz") and Allied Transit Corp. (Allied") for an Order, pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), dismissing all of the claims in the First Amended Complaint; and the Court having considered the oral arguments presented, as well as the submissions of counsel; and good cause having been shown;

**IT IS ON THIS** _____ day of _____, 2019;

**ORDERED** that defendants Jofaz and Allied's motion to dismiss Plaintiffs' First Amended Complaint is hereby GRANTED; and

**ORDERED** that Plaintiffs' First Amended Complaint is hereby **DISMISSED with prejudice.**

                   _____
                   Hon. Edward R. Korman, U.S.D.J.