UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>        Plaintiffs,<br>v.<br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP.,<br><br>        Defendants. | Case No.: 14-CV-7405(ERK)(SMG)<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on October 12, 2018, I caused one copy of (1) Jofaz Transportation, Inc. ("Jofaz") and Allied Transit Corp. ("Allied")'s Notice of Motion to Dismiss the First Amended Complaint; (2) Declaration of Richard I. Milman in Support of Motion to Dismiss First Amended Complaint with Exhibits "A"-"H"; (3) Jofaz and Allied's Memorandum of Law in Support of Motion to Dismiss First Amended Complaint; (4) Proposed Order; and (5) Certificate of Service to be served by email to the following attorneys of record:

Jeffrey S. Swyers
Slevin & Hart, P.C.
1625 Massachusetts Avenue Nw, Suite 450
Washington, DC 20036
Email: jswyers@slevinhart.com

Melissa D. Hill
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Email: melissa.hill@morganlewis.com

Andrew E. Graw
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Email: agraw@lowenstein.com

Robert J. Kipnees
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Email: rkipnees@lowenstein.com

      Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

October 12, 2018                                      /s/ Netanel Newberger
                                                              Netanel Newberger