UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DIVISION 1181 AMALGAMATED TRANSIT
UNION - NEW YORK EMPLOYEES PENSION
FUND and its BOARD OF TRUSTEES,

       **Plaintiff(s)**

    v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, JOFAZ TRANSPORTATION,
ALLIED TRANSIT CORP., PRIDE
TRANSPORTATION SERVICES, INC. and
QUALITY TRANSPORTATION CORP.,

       **Defendant(s)**
---------------------------------------------------------------X

Docket No. 14-CV-7405 (ERK) (SMG)

DECLARATION OF RICHARD I. MILMAN IN SUPPORT OF DEFENDANTS JOFAZ TRANSPORTATION, INC. AND ALLIED TRANSIT CORP.'S MOTION TO DISMISS INC. PLAINTIFFS' FIRST AMENDED COMPLAINT

I, Richard I. Milman, declare as follows:

1. I am an attorney with the law firm of Milman Labuda Law Group PLLC, attorneys of record for Defendants Jofaz Transportation, Inc. and Allied Transit Corp. in the above-captioned action. I am an attorney in good standing admitted to practice in the State of New York, and have been admitted to appear before this Court.

2. Except as otherwise indicated, I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I would competently testify to these facts.

3. I respectfully submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

4. Submitted herewith is a true and correct copy of the Stipulation of Settlement otherwise known as the Mollen Agreement, dated May 17, 1979, attached as Exhibit A.

5. Submitted herewith is a true and correct copy of the Extension Amendment Agreement of Special Education, Section (I), Employee Protection Provisions (EPP), attached as Exhibit B.

6. Submitted herewith is a true and correct copy of Contingent Buy-Against Requirements Agreement for School Bus Transportation – Jofaz Transportation Inc., attached as Exhibit C.

1

7. Submitted herewith is a true and correct copy of Contingent Buy-Against Requirements Agreement for School Bus Transportation – Allied Transit Corp., attached as Exhibit D.

8. Submitted herewith is a true and correct copy of Chancellor Denis M. Walcott's Declaration of Emergency – (Attachment A), attached as Exhibit E.

9. Submitted herewith is a true and correct copy of Eric Goldstein's Declaration of an emergency procurement – (Attachment B), attached as Exhibit F.

10. Submitted herewith is a true and correct copy of January 8, 2014 the Michael Cordiello letter to Atlantic Express emergency replacement contractors, attached as Exhibit G.

11. Submitted herewith is a true and correct copy of the Division 1181 ATU New York Employees Pension Fund Plan Summary Plan Description, attached as Exhibit H.

Executed:  October 12, 2018

/s/ Richard I. Milman, Esq.
Richard I. Milman, Esq.
