# EXHIBIT "A"

BUILD A FREE WEBISTE OF YOUR OWN ON
Angelfire


Language Professors Hate Him
Click to Watch Video Now

Doctor's discovery revealed the secret to speaking any language in just 10 days. Watch this shocking video and discover how you can rapidly learn any language in just 10 days using this sneaky linguistic secret... Free from the computer. Free from memorization... and absolutely guaranteed!

# SAVE OUR MOLLEN AGREEMENT

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------
FRANK J. MACCHIAROLA, Chancellor of the
Board of Education of the City of
New York, and the Board of Education of
the City of New York,
                        Plaintiffs,

        -against-                           INDEX NO. 3343-1979
                                            STIPULATION OF
FREDERICK SAPPORITA, Individually and as    SETTLEMENT
President of the Amalgamated Transit
Union, Local 1061 and Local 1181; the
Amalgamated Transit Union, Local 1061
and Local 1181; Varsity Transit, Inc.;
Pioneer Bus Corporation; and John Does
A through Z designating bus operators
and matrons who are striking members
of the Amalgamated Transit Union,
Local 1061 and Local 1181,
                        Defendants.
----------------------------------------
```

   WHEREAS there has been in existence a strike by operators (drivers), mechanics, dispatchers and escorts (matrons-attendants) employed by certain contractors, parties to contracts with the Board providing for transportation of school children resulting in the discontinuance of transportation of school children to and from school, and

   WHEREAS the parties agree it is in the best interests of the school children, the Board, the City, Local 1181-1061 and its members to promote a speedy settlement of the disruption in service, and

   WHEREAS the Board may, at its option, (1) choose to add to the specifications bid upon with the apparent low bidders the following Employee Protection Provisions, or (2) rebid any portion of the Contract, and include the following Employee Protection Provisions in the revised specifications to be bid upon.

   NOW in consideration of the within premises and the mutual agreement of the parties that this action be settled upon the following terms and conditions; it is hereby agreed by the Board of Education that all contracts which will be awarded pursuant to bid to employers for the transportation of school children on behalf of the Board commencing as of September, 1979 shall provide:

1. **Priority in Hiring and Master Seniority Lists:**



There shall be established two industry-wide Master Seniority Lists which shall be mutually agreed upon by the Board and Local 1181-1061. In the event the Board and Local 1181 are unable to agree on the names of individuals to be included and their seniority positions thereon, either party may demand arbitration. The arbitrator shall be selected in the following manner: (1) the Board and Local 1181 shall attempt to agree upon one individual to act as an arbitrator; (2) in the event the Board and Local 1181 are unable to agree, the Honorable Milton Mollen shall select an arbitrator. The decision of the arbitrator shall be final and binding.

One list shall be composed of all operators (drivers), mechanics and dispatchers and the other list shall be composed of escorts (matrons-attendants) who were employed as of February 9, 1979 under a contract between their employers and the Board for the transportation of school children in the City of New York who are furloughed or become unemployed as a result of loss of contract or any part thereof by their employers, or as the result of a reduction in service directed by the Board during the term of the contract, in accordance with their date of entry into the industry. All operators (drivers), mechanics, dispatchers and escorts (matrons-attendants) on the Master Seniority Lists who participated in the Division 1181 A.T.U.-New York Employees Pension Fund and Plan as of February 9, 1979 and who do not exercise their option to withdraw from the Fund and Plan shall continue to participate in such Pension Plan.

Any existing contractor or individual who conducted business as a sole proprietor, or as a member of a partnership or who held a controlling interest in a corporation that performed service pursuant to contract expiring in June, 1979 (contractor) shall give priority in employment in September, 1979 or thereafter on the basis of position on the Master Seniority List of any additional or replacement operators, mechanics and dispatchers beyond those performing service as of February 9, 1979 consistent with the number of employees required by the specifications of the contract expiring June, 1979 for the number of vehicles providing service to the Board as of February 9, 1979 to individuals from the Master Seniority List until such list is exhausted.

Any new contractors, i.e. those who did not provide service pursuant to contract expiring in June, 1979 (new contractor) shall give priority in employment in September, 1979 or thereafter on the basis of seniority to every operator (driver), mechanic and dispatcher performing service pursuant to such contract starting from the first employee from the Master Seniority List until such list is exhausted.

In the event that all escorts (matrons-attendants) on the Master Seniority List, who were members of Local 1181-1061 as of February 9, 1979 are not employed as escorts by contractors for the beginning of service in September of 1979, then said escorts shall be employed in order of their position on the Master Seniority List, and escorts who are not members of Local 1181-1061 and who were employed as of February 9, 1979 shall be replaced by members of Local 1181-1061 in inverse order of seniority and shall be added to the Master Seniority List in order of seniority following the members of Local 1181-1061, if any, who remain on the List.

2

2. The following is illustrative of the method of implementation of the above:

### Example 1.

A contractor who had a contract with the Board of Education for transportation of school children who was awarded any additional buses, shall hire additional operators (drivers), mechanics and dispatchers needed from the Master Seniority List. Thus, if a contractor employed 15 operators (drivers) under a contract expiring in June, 1979 and need 25 drivers in September 1979; the extra ten operators (drivers) shall be hired in order of seniority from the Master Seniority List. If a contractor had fifteen operator (drivers) under the contract expiring in June, 1979 and two operators (drivers) terminated on or before September, 1979, replacements for such two operators (drivers), shall be hired from the Master Seniority List and any additional operators (drivers) needed by that contractor for extra work awarded shall be hired from the Master Seniority List.

### Example 2.

Any contractor (new contractor) awarded work to commence in September, 1979, who was not a contractor prior to June 30, 1979, shall hire all operators (drivers), mechanics and dispatchers on the basis of seniority from the Master Seniority List from the first driver hired. Thus, such a contractor receiving an award of 15 buses shall hire 15 operators (drivers), mechanics and dispatchers (who shall work as drivers and/or mechanics) from the Master Seniority List; a contractor receiving an award of 30 buses shall hire 30 operators (drivers) mechanics and dispatchers (who shall work as mechanics and/or drivers) from the Master Seniority List.

3. Compensation

All operators (drivers), mechanics, dispatchers and escorts (matrons-attendants) on the industry-wide Master Seniority Lists shall be employed and paid on a full-time basis.

The contractor shall compensate operators (drivers), mechanics and dispatchers and escorts (matrons-attendants) who appear on the Master Seniority Lists and who are employed pursuant to contracts to be awarded as follows for the term of the contract;

(a) operators (drivers) and dispatchers at a daily rate of pay, including any COLA, for each day of service not less than that paid by the NYCTA on July 5, 1979 to its surface drivers (bus) operators.

(b) mechanics at a daily rate of pay, including any COLA, for each day of service, not less than that paid by the NYCTA on July 5, 1979 to its bus maintenance personnel performing similar duties.

3

(c) escorts (matrons-attendants) at a daily rate of pay of not less than $37.085 for each day of service plus that percentage of the COLA paid to operators effective July of 1979 that reflects the proportion of the escorts' pay to that of operators.

Such operators (drivers) and escorts (matrons-attendants) shall be available for extended service, without additional compensation, which shall be defined as performance within the particular job category (i.e. drivers as drivers, and escorts (matrons-attendants) as escorts (matrons-attendants) within the eight (8) hour work day within the ten (10) hour spread.

4. Welfare

Contributions by the contractor for providing welfare benefits to operators (drivers), mechanics, dispatchers and escorts (matrons-attendants), who appear on the Master Seniority List shall be no less than $82 per employee per month on a twelve month basis during each year of the contract.

5. Pensions

The contractor shall sign an agreement with Division 1181 A.T.U.-New York Employees Pension Fund and Plan to participate in such plan on behalf of all operators (drivers), mechanics, dispatchers and escorts (matrons-attendants), who appear on the Master Seniority Lists and who participated in the Fund and Plan as of February 9, 1979. This requirement shall not be interpreted to require a contractor to enter into a collective bargaining agreement with the union nor shall it prohibit the contractor from entering into a collective bargaining agreement with the union. The contractor shall file a copy of the executed agreement with the Trustees of the Fund and Plan to participate in said Fund and Plan and with the Secretary of the Board by the date set for the execution of the contract.

The contractor shall contribute $27.15 per week per operator (driver), mechanic and dispatcher on the Master Seniority List, and participating in the Fund and Plan as of February 9, 1979, for forty weeks each year for the term of the contract, or such greater amount as may be required, based on contributions by contractors on behalf of the majority of employees participating in the Fund and Plan pursuant to a collective bargaining agreement with Local 1181-1061. The contractor shall withhold $10 a week from each operator, mechanic and dispatcher for forty weeks each year for the term of the contract, or such greater amount as may be required based on contributions of a majority of the operators (drivers) mechanics or dispatchers contributing to the Fund and Plan.

The contractor shall contribute $23.15 per week, per escort (matrons-attendant) for forty weeks each year for the term of the contract, or such greater amount as may be required based on contributions by contractors on behalf of the majority of employees

http://www.angelfire.com/un/happy1181/mollenagreement.html                5/14/2012

participating in the Fund and Plan pursuant to a collective bargaining agreement with Local 1181-1061. The contractor shall withhold $8 a week from each escort, (matron-attendant) for forty weeks each year for the term of the contract, or such greater amount as may be required based on contributions of the majority of the escorts contributing to the Fund and Plan.

The contractor shall pay all such amounts to the Fund and Plan within seven days after the end of each payroll period.

6. In addition to any other remedies provided in the contract between the Board and the contractor, such as default and/or termination, if the contractor is found to be in violation of the foregoing employee protection provisions, then the Director of the Bureau of Pupil Transportation, within thirty (30) days of written notice, shall withhold the appropriate amounts from the first payment thereafter due to the contractor and pay it directly to the Division 1181 A.T.U.-New York Employees Pension Fund for the benefit of the employees affected and to the appropriate Welfare Fund for the benefit of the employees affected.

In the event any contractor willfully fails to comply, the Board of Education shall act to cancel such contractor's contract; provided, however, that the Board shall not be required to act so as to cause a disruption of service.

7. Notwithstanding any inconsistent provisions in the specifications, there shall be one job "pick" for all operators (drivers), mechanics, dispatchers (who may be employed as drivers or dispatchers) and escorts (matrons-attendants) to be held in the month of October each year.

8. Contractors providing five vehicles or less shall not be subject to the foregoing provisions with respect to operators (drivers), mechanics and dispatchers.

Escorts (matrons-attendants) shall not be included in the exclusion provided in this Section 8.

9. All litigation commenced by the Board of Education against Local 1181-1061 and any of its officers and members shall be discontinued with prejudice.

10. The term of this agreement shall be three years for handicapped contracts and four years for open enrollment and regular contracts and shall apply to all contracts for service during the term of this agreement.

5

DATED: Brooklyn, New York
       May 16, 1979

ALLEN G. SCHWARTZ
Corporation Counsel

BY: _____
    Attorney for Plaintiffs

BOARD OF EDUCATION OF THE CITY
OF NEW YORK

BY: _____
    DAVID H. WIRTZ
    Counsel to the Chancellor

LOCAL 1181-1061 AMALGAMATED TRANSIT
UNION AFL-CIO

BY: _____
    WILFRED L. DAVIS
    Attorney for Defendants
    SAPPORITA and LOCAL 1181-1061

SAMUEL ZINDER, P.C.

BY: _____
    SAMUEL ZINDER
    Attorney for Defendant
    PIONEER BUS CORPORATION

SRATZKIN, COOPER, LABAZON
RUDOFF and BANDLER

BY: _____
    BURTON COOPER
    Attorney for Defendant
    VARSITY TRANSIT, INC.

SO ORDERED:

_____
HONORABLE ARTHUR S. HIRSCH
Justice of the Supreme Court

6

Bestsites


BUILD A FREE WEBSITE ON
Angelfire
Sponsored by Rhapsody


Thinkstock.
Ideas. In the millions.
Discover Thinkstock

http://www.angelfire.com/un/happy1181/mollenagreement.html                    5/14/2012