# EXHIBIT "B"

Three Thousand Five Hundred Seventy-Nine Dollars ($3,579.00) per 'Contract Vehicle'[33] per Extension Year to Two Thousand Five Hundred Ninety-Two Dollars ($2,592.00) per 'Contract Vehicle' per Extension Year. The BOE has agreed to a reduction of the "Base Premium," as expressed in the preceding sentence, on the basis of an independent review of the Contractor's actual loss history and claims payments under the 'Prior Policy'[34] by Willis of New York, Inc. (the BOE school bus insurance broker and consultant), adjusting the calculation of the insurance premium(s) to reflect retrospectively actual costs under the insurance policy as of March 31, 2003 that immediately preceded the VALICA™ Program under the Extension and Sixteenth Amendment Agreement as executed by Atlantic Express, Inc., Atlantic Queens, Inc., Amboy Bus Co., Inc., and/or Staten Island Bus, Inc., (for avoidance of doubt, the foregoing is a one-time adjustment of premium rate under the VALICA™ Program offered to Atlantic Express, Inc., Atlantic Queens, Inc., Amboy Bus Co., Inc., and/or Staten Island Bus, Inc.). The foregoing reduction of the 'Base Premium' **(i)** shall not apply to any period before July 1, 2010 and the Contractor waives and relinquishes any claim for reduction and/or re-calculation of the 'Base Premium' for any period before July 1, 2010, and **(ii)** shall have no application to contract assignments as provided in **ARTICLE (E)(1)(E)(1)(e)(2)** entitled, 'Assignment of Contractor Vehicles,' on page 8 of the <u>Supplemental Twelfth Amendment of Contract for Special Education Pupil Transportation Services</u> (2003)."

### (I)   EMPLOYEE PROTECTION PROVISIONS

Paragraph F of the Extension & Eleventh Amendment Agreement of Contract Serial Nos. 0070, 8107, 8108, G8805, G8891 and G9325 and **ARTICLE 45** of contracts under Serial No. 7165 is hereby amended to read as follows:

"1.   **Priority in Hiring and Master Seniority Lists.**

"There shall be established two industry-wide Master Seniority Lists. One list shall be composed of all operators (drivers), mechanics, and dispatchers and the other list shall be composed of escorts (matrons-attendants) who were employed as of June 30, 2010, under a contract between their employers and the Board for the transportation of school children in the City of New York, who are furloughed or become unemployed as a result of loss of contract or any part thereof by their employers, or as the result of a reduction in service directed by the Board during the term of the contract, in accordance with their date of entry into the industry. All operators (drivers), mechanics, dispatchers and escorts (matrons-attendants) on the Master Seniority Lists who participated in the Division 1181 A.T.U.–New York Employees Pension Fund and Plan as of June 30, 2010, and who do not exercise their option to withdraw from the Fund and Plan shall continue to participate in such Pension Plan. By not later than September 30th of each Extension Year, the Contractor shall supply the BOE with a Seniority List for all of the Contractor's employees, which Seniority List the Contractor shall input into a Web-Based Application to be supplied by the BOE.

"Any existing contractor or individual who conducted business as a sole proprietor, or as a member of a partnership or who held a controlling interest in a corporation that performed service pur-

---

Credit" is deducted from the "Base Premium."

[33] *Ibid*, **Note 32**, *supra*.

[34] *Ibid*, **Note 32**, *supra*.

<u>EXTENSION AND SIXTEENTH AMENDMENT OF CONTRACT FOR SPECIAL EDUCATION SCHOOL BUS SERVICES</u>  - 27 -

suant to contract expiring in June 2010 ("existing contractor") shall give priority in employment in September 2010 or thereafter on the basis of position on the Master Seniority List of any additional or replacement operators, mechanics and dispatchers beyond those performing service as of June 30, 2010 consistent with the number of employees required by the specifications of the contract expiring June 2010 for the number of vehicles providing service to the Board as of June 30, 2010 to individuals from the Master Seniority List until such list is exhausted.

"Any new contractors, *i.e.*, those who did not provide service pursuant to contract expiring June 2010 ("new contractor"), shall give priority in employment in September 2010 or thereafter on the basis of seniority to every operator (driver), mechanic and dispatcher performing service pursuant to such contract starting from the first employee from the Master Seniority List until such list is exhausted.

"Should the Board determine to require the Contractor to provide escort service in addition to the operator, and in the event that all escorts (matrons-attendants) on the Master Seniority List, who were employed as of June 30, 2010, are not employed as escorts by contractors for the beginning of service in September of 2010, then said escorts shall be employed in order of their position on the Master Seniority List.

"2. **Compensation.**

"All operators (drivers), mechanics, dispatchers and escorts (matrons-attendants) on the industry-wide Master Seniority Lists shall be employed and paid on a full-time basis based upon the wage scale received from prior employer under pupil transportation contracts.

"The Contractor shall compensate operators (drivers), mechanics and dispatchers and escorts (matrons-attendants) who appear on the Master Seniority Lists and who are employed pursuant to contracts to be awarded as follows for the term of the Contract:

   "**(a)** operators (drivers) and dispatchers at a daily rate of pay, including any COLA, for each day of service not less than that paid pursuant to the applicable labor collective bargaining agreement, if any.

   "**(b)** mechanics at a daily rate of pay, including any COLA, for each day of service not less than that paid pursuant to the applicable labor collective bargaining agreement, if any.

   "**(c)** escorts (matrons-attendants) at a daily rate of pay, including any COLA, for each day of service, not less than that paid pursuant to the applicable labor collective bargaining agreement, if any.

"Such operators (drivers) and escorts (matrons-attendants) shall be available for extended service, without additional compensation, which shall be defined as performance within the particular job category, i.e., drivers as drivers, and escorts (matrons-attendants) as escorts (matrons-attendants), within the eight (8) hour work day within the spread of ten (10) hours (8 within 10 hours) provided for in the collective bargaining agreement covering said employees, if any; *provided, however*, that for all employees hired into the New York City school bus industry as drivers or escorts (matrons-attendants) after June 30, 2010, the spread provided herein shall be ten-and-one-half (10½) hours

(8 hours within 10½ hours) for the first three (3) years that the employee shall be employed in the New York City school bus industry.

"3. **Welfare.**

"Contributions by the Contractor for providing welfare benefits to operators (drivers), mechanics, dispatchers and escorts (matrons-attendants), in the event the Contractor employs escorts, who appear on the Master Seniority List shall be no less than $939.00 effective July 1, 2008, to June 30, 2009 per employee per month on a twelve month basis during each year of the Contract.

"4. **Pensions.**

"The Contractor shall sign an agreement with Division 1181 A.T.U.–New York Employees Pension Fund and Plan to participate in such plan on behalf of all operators (drivers), mechanics, dispatchers and escorts (matrons-attendants), in the event the Contractor employs escorts, who appear on the Master Seniority Lists and who participated in the Fund and Plan as of June 30, 2010. This requirement shall not be interpreted to require any existing contractor or new contractor to enter into a collective bargaining agreement with the union, nor shall it prohibit any new contractor or existing contractor from entering into a collective bargaining agreement with the union. The Contractor shall file a copy of the executed agreement with the Trustees of the Fund and Plan to participate in said Fund and Plan and with the Director before the start of any school bus service under this Contract.

"The Contractor shall contribute $74.40 per week per operator (driver), mechanic and dispatcher on the Master Seniority List, and participating in the Plan and Fund as of June 30, 2010, for forty weeks each year for the term of the Contract, or such greater amount as may be required, based on contributions by contractors on behalf of the majority of employees participating in the Fund and Plan pursuant to a collective bargaining agreement with Local 1181–1061. The Contractor shall withhold $38.50 a week from each operator, mechanic and dispatcher participating in said Fund and Plan for forty weeks each year for the term of the contract, or such greater amount as may be required based on contributions of a majority of the operators (drivers), mechanics or dispatchers contributing to the Fund and Plan.

"Such new contractors and existing contractors who provide escort service, shall contribute $70.40 per week per escort (matron-attendant) for forty weeks each year for the term of the contract, or such greater amount as may be required based on contributions by contractors on behalf of the majority of employees participating in the Fund and Plan pursuant to a collective bargaining agreement with Local 1181–1061. The Contractor shall withhold $28.50 per week from each escort, (matron-attendant) participating in said Fund and Plan and Fund for forty weeks each year for the term of the Contract, or such greater amount as may be required based on contributions of the majority of the escorts contributing to the Fund and Plan.

"In connection with employees who are on the Master Seniority List and who do not participate in the Local 1181–1061 Fund and Plan, they shall not be required to participate in the Plan but shall participate in the collective bargaining agreement, if any, of their employer.

"The Contractor shall pay all such amounts to the Fund and Plan within seven days after the end of each payroll period.

"5. **Enforcement.**

"In addition to any other remedies provided in the contract between the Board and the contractor, such as default and/or termination, if the contractor is found to be in violation of the foregoing Employee Protection Provisions regarding the payment of wages, welfare benefit contributions, pension contributions, or other aspects of compensation or benefits, then the Director of the Office of Pupil Transportation, within thirty (30) days of written notice, shall withhold the appropriate amounts from any payments due to the contractor and pay them directly to the applicable union for the benefit of the employees affected, to the Division 1181 A.T.U.–New York Employees Pension Fund or other applicable union pension fund for the benefit of the employees affected or to the appropriate Welfare Fund for the benefit of the employees affected. If the affected employees are not affiliated with any union, then the Board shall investigate on their behalf allegations of employee protection provision violations regarding the payment of wages, welfare benefit or health insurance contributions, pension or similar savings plan contributions, or other aspects of compensation or benefits. Upon a finding of any such violation(s), the OPT Director shall withhold the appropriate amounts from any payments due to the Contractor and pay them directly to the employees or to such health insurance companies or other institutions as appropriate.

"In the event any new contractor or existing contractor willfully fails to comply, the Board of Education shall act to cancel such contractor's contract, provided, however, that the Board shall not be required to act so as to cause a disruption of service.

"6. Contractors providing a total of five vehicles or fewer pursuant to all contracts with the Board for the transportation of pupils shall not be subject to the foregoing provisions with respect to operators (drivers), mechanics and dispatchers.

"Escorts (matron-attendants) shall not be included in the exclusion in this **subparagraph six (6)**.

"7. For the purposes of this section, corporate bidders who are subject to common control as determined by the Board based upon analysis of **(a)** ownership of the corporation's assets, **(b)** coincidence of corporate officers and directors, and **(c)** such other factors as the Board determines to be relevant, are deemed to be one bidder.

"8. The Board may in its sole and unfettered discretion change any date which determines employee protected status, employer status or any other status, which is contained in any employee protection provisions of the Contract. The Master Seniority Lists will be updated to June 30, 2010 as permitted in accordance with pre-existing collective bargaining agreements executed prior to the date of execution of this Contract. Furthermore, the rates quoted herein may not be reflective of current labor rates in effect. The Contractor should pay special attention to the fact that many employees on the Master Seniority Lists have been in the industry for many years and therefore may be entitled to substantial wages, pension and welfare benefits and wage accruals.

"The date for inclusion on the Master Seniority List is hereby updated to the last school day in June 2010 as permitted in accordance with pre-existing collective bargaining agreement executed prior to the date of this Extension Agreement and Sixteenth Amendment Agreement.

"9. By the end of each contract year and/or Extension Year, the Contractor must make all pension and welfare contributions and other required payments as required by an applicable collective

<u>Extension and Sixteenth Amendment of Contract for Special Education School Bus Services</u>                                              - 30 -

bargaining agreement or other legally binding commitment of the Contractor and which are attributable to each such contract year and/or Extension Year.[35] Upon the expiration or other termination of the Contract and/or this Extension and Amendment Agreement, the Contractor shall remain liable for any outstanding pension and/or welfare contributions still due and owing."

(J)     <u>**Vintage And Air Conditioning Requirements**</u>

Any terms, conditions and specifications to the contrary notwithstanding, the Contract is hereby amended as follows:

(1)     <u>**Age and Condition of Vehicles.**</u> The vehicles affected by this provision include all vehicles originally awarded to the Contractor under any one or more of the Request For Bids ("RFB") Serial Nos. 0070, 8108, 8805, 8891, 9325 and 7165 (herein expressed as "contract vehicles") and all additional and spare vehicles. Except for the age of vehicles, nothing contained in this **Paragraph (1)** and/or any of its subparagraphs shall be deemed or construed in any manner or to any extent whatsoever to act and/or operate in abrogation or derogation of any other individual or cumulative provisions of the Contract, as heretofore amended and extended.

(a)     The Contractor shall service, maintain and repair all vehicles used in the performance of this Contract in compliance with **(i)** all manufacturer's guidelines for maintenance, service and repairs, **(ii)** all Federal, State of New York and City of New York statutes, regulations, rules, guidelines and policies applicable to service, maintenance and repair of school bus vehicles, **(iii)** all New York State Department of Transportation and New York State Department of Motor Vehicles policies, rules and regulations, **(iv)** Federal and State regulations applicable to maintenance and repair of school bus vehicles, and **(v)** all New York State Education Department, policies, rules and regulations applicable to service, maintenance and repair of school bus vehicles. The Contractor shall maintain and, upon demand, shall present to the Director contemporaneously kept, accurate, complete, orderly and written records of the school bus vehicle maintenance and repair activities performed in accordance with the foregoing.

(b)     The Director shall have the right to disapprove any vehicles under this Contract and to require the Contractor to furnish acceptable replacement vehicles in the event that the Director determines in his/her judgment any such vehicle(s) to be unfit for service.

(c)     During the life of this Extension and Sixteenth Amendment Agreement, Contractors who operate any Mini-Bus Station Wagons (*aka* Mini-Wagons) and/or Mini-Buses or Station Wagons Equipped with Ramps to Accommodated Wheelchairs (*aka* Ramp-Wagons) (collectively "Small School Buses") must comply with the following with regard to the age of all Small School Buses they operate under this Contract:

---

[35] If an applicable collective bargaining agreement or other legally binding commitment by the Contractor calls for payments to be made within a certain period of time after such payments shall become due and owing, then that period shall be added to the end of each contract year and/or Extension Year for the deadline purposes of this sentence.