# EXHIBIT "F"

ATTACHMENT B

BOE LETTER OF INTENT



**Department of Education**
Dennis M. Walcott, Chancellor

ERIC GOLDSTEIN
Chief Executive Officer
Office of School Support Services

44-36 Vernon Boulevard
Long Island City, NY 11101

Telephone: 718.707.4300
Fax:       718.472.0615
E-mail:    EGoldstein@schools.nyc.gov

### DECLARATION CONCERNING EMERGENCY PROCUREMENT OF TRANSPORTATION OF SHOOL AGE GENERAL EDUCATION PUPILS AND PUPILS WITH DISABILITIES

I, Eric Goldstein, Chief Executive for School Support Services of the New York City Department of Education ("NYCDOE") hereby determine that, pursuant to Section 3-09 of the NYCDOE Procurement Policy and Procedures (2012), the contracts set forth on the attached schedule for school age school bus pupil transportation services for school-aged pupils who receive general busing and school-aged pupils with disabilities who require special busing during the school year for public and nonpublic schools within the New York City School District be awarded on an emergency basis to ensure the continued operation of transportation services. The emergency contract awards will enable school-aged pupils to continue to attend elementary grade general education programs and elementary, intermediate and secondary special education programs. As described herein, this is necessary for the preservation of the health and general welfare of the children. This emergency shall be effective as of January 1, 2014.

On November 5, 2013, Amboy Bus Company, Inc., Staten Island Bus, Inc., and Atlantic Queens Bus Corporation ("Bankrupt Contractors") (together with many affiliated entities including, but not limited to, Atlantic Escorts, Inc., which is a subcontractor of the Bankrupt Contractors), filed a voluntary petition with the U.S. Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") commencing bankruptcy cases under Chapter 11 of the U.S. Bankruptcy Code, which bankruptcy cases are being jointly administered under Case No. 13-13591 (collectively, "Bankruptcy Cases"). The Bankruptcy Court entered an order dated November 22, 2013 ("Bidding Procedures Order"), authorizing the Bankrupt Contractors to, among other things, attempt to find a party or parties, through an auction sale process, to whom the Bankrupt Contractors' contracts with BOE may be assigned with the consent of BOE, which consent is required at law, in the aforesaid contracts and by the Bidding Procedures Order. The Bankrupt Contractors have stated that the NYCDOE should make preparations to provide substitute bus service in the event such aforesaid contracts are not assumed and assigned as part of the auction sale process. The Bankrupt Contractors have expressed their inability to continue to perform, and their intention, as of December 31, 2013, to cease to perform any and all of their obligations under the aforesaid contracts.

These circumstances have created an emergency situation, in which the NYCDOE will be prevented from providing necessary public transportation for the health, welfare and safety of young pupils (Grades Kindergarten through 6) in public and nonpublic schools who are provided general busing and all school age pupils with disabilities who require special busing. Accordingly, this declaration will allow for awards of contract to vendors capable to provide such transportation. The award of contract on the list attached will be for an estimated value of $24,735,882.72 for a period of approximately one month of service. The NYCDOE shall have the option to renew the emergency procurement and the resultant contracts for one month on the same terms.

Under contingent buy-against requirements agreements to be let on an emergency basis, the awarded vendors shall provide service at the daily rates per vehicle (and daily rates per attendant/escort only for contracts involving transportation of pupils with disabilities) paid to the Bankrupt Contractors for School Year 2013-14 plus three percent (3%). (Any extension beyond the emergency period for the contingent buy-against requirements agreements shall be dependent upon approval by the NYCDOE Panel for Educational Policy and registration by the NYC Comptroller.) Under the separate emergency requirements agreements, school bus operators who have not done business regularly with the NYCDOE shall provide service on the basis of negotiated prices reflected in writing with the NYCDOE Division of Contracts & Purchasing.

Dated: New York, NY

December 19, 2013

Eric Goldstein
Chief Executive Officer
Office of School Support Services