# EXHIBIT "G"

## Local 1181-1061
### Amalgamated Transit Union A.F.L.-C.I.O.



101-49 Woodhaven Blvd.
Ozone Park, NY 11416

Office 718-845-5600
Fax 718-641-1541

January 8th, 2014

To: Department of Education companies doing Atlantic Queens, Atlantic Escorts, Amboy and Staten Island Bus:

In the face of the crisis caused by the Atlantic companies' bankruptcy and cessation of operations on December 31, Local 1181 and its members, recognizing, as always, their obligation and responsibility to ensure the safe transportation of New York City schoolchildren, suggested to the Department of Education on December 23rd, that all Atlantic employees be asked to follow the work to their new companies for a short period of time, until a master pick takes place pursuant to the Mollen Agreement. The Union and its members believed this accommodation would avoid uncertainty and concern among parents, over the holiday break, regarding who would be picking up their children on the former Atlantic routes when school resumed on January 2. The Union's approach to this crisis was correct. Due to these efforts, there was a largely seamless, safe operation (weather permitting) when school resumed. Chaos was avoided.

Once again, our members stepped up, in the public interest. For the most part parents got certainty, continuity and experience. The employers taking the Atlantic work avoided any headaches associated with an inexperienced work force. These experienced workers stepped up and did their part and should not pay the price for successfully resolving this emergency. They should not be penalized financially by being paid less than their current wages and benefits for agreeing to step in and go to work for new companies to help the DOE, the companies, the parents and children.

We believe that the employers of these experienced, dedicated workers should participate in the shared responsibility we have to the children, the parents and the City of New York. Accordingly, it is the Union's position that the Atlantic employees who followed the work should receive their contractual wages and benefit contributions should be made on their behalf for the limited period of their employment at their new companies until the pending master pick occurs. This includes payment of wages for each day of the week ending January 3, 2014.

Please be advised that the Union will take all steps necessary to ensure that these workers are treated lawfully and fairly.

Sincerely,

*Michael Cordiello*

Michael Cordiello
President / Business Agent
ATU Local 1181-1061 and the
Executive Board