UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DIVISION 1181 AMALGAMATED TRANSIT
UNION – NEW YORK EMPLOYEES
PENSION FUND, *et al.*,

                Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

Case No. 14-cv-07405 (ERK-SMG)

---

### DECLARATION OF RICHARD S. SIEGEL, ESQ. IN OPPOSITION TO DEFENDANTS JOFAZ TRANSPORTATION, INC. AND ALLIED TRANSIT CORP.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Richard S. Siegel, Esq., pursuant to 28 U.S.C. § 1746, declares:

1. I am an Associate with Slevin & Hart, P.C., counsel to Plaintiffs Division 1181 Amalgamated Transit Union – New York Employees Pension Fund and its Board of Trustees (collectively, "Plaintiffs"). I make this Declaration in opposition to the Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendants Jofaz Transportation, Inc. ("Jofaz") and Allied Transit Corp. ("Allied").

2. Attached hereto as Exhibit 1 are true and correct excerpts, with relevant highlights added by Plaintiffs, of Defendant New York City Department of Education's ("DOE") Memorandum of Law in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint, which DOE served on Plaintiffs on October 12, 2018.

3. Attached hereto as Exhibit 2 is a true and correct copy, with relevant highlights added by Plaintiffs, of the Declaration of Robert J. Kipnees, Esq. in Support of Defendants

Quality Transportation Corporation ("Quality") and Pride Transportation Services, Inc.'s ("Pride") Motion to Dismiss the First Amended Complaint, which Quality and Pride served on Plaintiffs on October 12, 2018.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed on this 12th day of February, 2019.

                                               */s/ Richard S. Siegel*
                                               Richard S. Siegel, Esq.