# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP.,<br><br>Defendants. | Civil Action No. 14-cv-07405-ERK-CLP<br><br>**DECLARATION OF ROBERT J. KIPNEES, ESQ. IN SUPPORT OF DEFENDANTS QUALITY TRANSPORTATION CORP. AND PRIDE TRANSPORTATION SERVICES, INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

I, Robert J. Kipnees, Esq. of full age, do hereby declare as follows:

1. I am a partner at the firm of Lowenstein Sandler LLP. I submit this Declaration in support of Defendants Quality Transportation Corp. and Pride Transportation Services, Inc.'s Motion to Dismiss the First Amended Complaint.

2. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts from the Contingent Buy-Against Requirements Agreement for School Bus Transportation Services (the "Buy-Against Agreement") between the Board of Education of the City School District of the District of the City of New York and Quality Transportation Corp. dated as of December 20, 2013. Section 1.5 of the Buy-Against Agreement incorporates "[t]he applicable Extension and Thirteenth Amendment Agreement of General Education Pupil Transportation Contracts dated as of July 1, 2010" (the "Pupil Transportation Amendment") as part of its terms, and the Pupil Transportation Amendment is also included as an attachment to Buy Against Agreement. In

29391/3
10/12/2018 51324240.1

-2-

turn, Section F of the Pupil Transportation Amendment contains the Employee Protection Provisions that are referenced throughout Plaintiffs' First Amended Complaint.[1]

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Declaration of Tony Utano, dated May 2, 2018.

4. Attached hereto as **Exhibit C** is a true and accurate copy of April 10, 2018 letter sent by the New York City Department of Education to the Honorable Hicholas G. Garaufis, U.S.D.J.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: October 12, 2018             By: _/s/ Robert J. Kipnees_
                                         Robert J. Kipnees

---

[1] A full copy of the Buy Against Agreement, with all of its attachments, can be provided to the Court upon request. The Employee Protection Provisions in the Pupil Transportation Amendment are identical to the provisions incorporated into Pride Transportation Services, Inc.'s emergency contract with the New York City Department of Education.