## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2019, I caused to be served a copy of the foregoing Declaration of Richard S. Siegel, Esq. in Opposition to Defendants Jofaz Transportation, Inc. and Allied Transit Corp.'s Motion to Dismiss Plaintiffs' First Amended Complaint by email to the following counsel of record:

David A. McManus
Melissa D. Hill
Michael F. Fleming
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY 10178
*Counsel for DOE*

Andrew E. Graw
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
*Counsel for Quality and Pride*

Richard Milman
Jonathan E. Sturm
Netanel Newberger
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042
*Counsel for Jofaz and Allied*

                /s/ Richard S. Siegel
                Richard S. Siegel

20704421v1