UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>       Plaintiffs,<br>v.<br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP.,<br><br>       Defendants. | Case No.: 14-CV-7405(ERK)(SMG)<br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on April 12, 2019, I caused one copy of Jofaz Transportation, Inc. and Allied Transit Corp.'s Reply Memorandum of Law in Support of Motion to Dismiss First Amended Complaint and Certificate of Service to be served by email to the following attorneys of record:

Richard S. Siegel
Slevin & Hart, P.C.
1625 Massachusetts Avenue Nw, Suite 450
Washington, DC 20036
rsiegel@slevinhart.com

Jeffrey S. Swyers
Slevin & Hart, P.C.
1625 Massachusetts Avenue Nw, Suite 450
Washington, DC 20036
Email: jswyers@slevinhart.com

Melissa D. Hill
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Email: melissa.hill@morganlewis.com

1

Andrew E. Graw
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Email: agraw@lowenstein.com

      Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

April 12, 2019                                                  /s/ Netanel Newberger
                                                                       Netanel Newberger