UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>Plaintiffs,<br>v.<br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC., and QUALITY TRANSPORTATION CORP.,<br><br>Defendants. | Case No.: 14-CV-7405(ERK)(SMG)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on May 31, 2019, I caused one copy of Jofaz Transportation, Inc. and

Allied Transit Corp.'s Response to Sur-Reply in Support of Motion to Dismiss First Amended

Complaint and Certificate of Service to be served by email to the following attorneys of record:

Richard S. Siegel
Slevin & Hart, P.C.
1625 Massachusetts Avenue Nw, Suite 450
Washington, DC 20036
rsiegel@slevinhart.com

Jeffrey S. Swyers
Slevin & Hart, P.C.
1625 Massachusetts Avenue Nw, Suite 450
Washington, DC 20036
Email: jswyers@slevinhart.com

Melissa D. Hill
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Email: melissa.hill@morganlewis.com

Andrew E. Graw
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Email: agraw@lowenstein.com

2

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

May 31, 2019                                           /s/ Netanel Newberger
                                                       Netanel Newberger