THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND and its BOARD OF TRUSTEES,<br><br>                              Plaintiffs,<br><br>vs.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, JOFAZ TRANSPORTATION, INC., ALLIED TRANSIT CORP., PRIDE TRANSPORTATION SERVICES, INC. and QUALITY TRANSPORTATION CORP.,<br><br>                              Defendants. | Civil Action No.  1:14-cv-7405 (ERK)(SMG) |

**DECLARATION OF MICHAEL F. FLEMING IN SUPPORT OF DEFENDANT DOE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Michael F. Fleming, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, as follows:

1. I am associated with the law firm Morgan, Lewis & Bockius LLP, attorneys for the Board of Education of the City School District of the City of New York, a/k/a New York City Department of Education ("DOE"), a defendant in this case.

2. I respectfully submit this Declaration in support of the DOE's Motion to Dismiss Plaintiffs' First Amended Complaint in the above-captioned matter.

3. Attached as Exhibit 1 is a true and correct copy of Restated Division 1181 A.T.U. – New York Employees Pension Plan, effective January 1, 2007 ("Plan Document").

4. Attached as Exhibit 2 is a true and correct copy of the Restated Agreement and Declaration of Trust of the Division 1181 A.T.U. – New York Employees Pension Fund, dated March 20, 1997 ("Trust Agreement").

2

5.      Attached as Exhibit 3 is a true and correct copy of the Extension and Sixteenth Amendment Agreement of Special Education Pupil Transportation Requirements Contract, which includes the relevant EPP contained in Contracts between the DOE and Defendant Contractors ("Contractor EPPs").

6.      Attached as Exhibit 4 is a true and correct copy of the April 3, 2014 decision of the Bankruptcy Court for the Southern District of New York in the matter <u>In re Metro Affiliates, Inc., et al.</u> No. 13-13591-shl.

Dated: New York, New York                                */s/ Michael F. Fleming*
       October 12, 2018                                    MICHAEL F. FLEMING