UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DIVISION 1181 AMALGAMATED TRANSIT UNION – NEW YORK EMPLOYEES PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*, <br><br> Defendants. | Case No. 14-cv-07405 (ERK-SMG) |

**DECLARATION OF RICHARD S. SIEGEL, ESQ. IN OPPOSITION TO DEFENDANT NEW YORK CITY DEPARTMENT OF EDUCATION'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Richard S. Siegel, Esq., pursuant to 28 U.S.C. § 1746, declares:

1. I am an Associate with Slevin & Hart, P.C., counsel to Plaintiffs Division 1181 Amalgamated Transit Union – New York Employees Pension Fund and its Board of Trustees (collectively, "Plaintiffs"). I make this Declaration in opposition to the Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendant New York City Department of Education ("DOE").

2. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum of Law in Opposition to Plaintiffs' Application for an Order to Show Cause for a Temporary Restraining Order filed by DOE on April 2, 2018, in *L & M Bus Corp., et al. v. Board of Education of the City School District of the City of New York d/b/a New York City Department of Education*, Case No. 1:18-cv-1902 (NGG) (SMG) (E.D.N.Y.) (hereafter, "*L&M*").

3. Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Memorandum of Law in Opposition to Plaintiffs' Application for a Preliminary Injunction filed by DOE on April 17, 2018 in *L&M*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 6th day of September, 2019.

                                              */s/ Richard S. Siegel*
                                              Richard S. Siegel, Esq.

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2019, I caused to be served a copy of the foregoing Declaration of Richard S. Siegel, Esq. in Opposition to Defendant New York City Department of Education's Motion to Dismiss Plaintiffs' First Amended Complaint by email to the following counsel of record:

David A. McManus
Melissa D. Hill
Michael F. Fleming
Morgan, Lewis & Bockius
101 Park Avenue
New York, NY  10178
*Counsel for DOE*

Michael A. Kaplan
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY  10020
*Counsel for Quality and Pride*

Richard Milman
Jonathan E. Sturm
Netanel Newberger
Milman Labuda Law Group PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY  11042
*Counsel for Jofaz and Allied*

>                               */s/ Richard S. Siegel*
>                               Richard S. Siegel

20757144v1